JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH DIPOPOLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:25-cv-00508 TJH (AJRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　Hon. Terry J. Hatter, Jr.<br>Ctrm:　9C, 9th Floor<br><br>Complaint Filed: January 21, 2025 |

　　　Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

　　　IT IS FURTHER ORDERED that all dates previously set in this action are hereby vacated and taken off the Court's calendar;

　　　IT IS FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

　　　**IT IS SO ORDERED.**

Dated: April 3, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge

1